## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 14-80227-CR-RYSKAMP/HOPKINS(s)
21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(e)

UNITED STATES OF AMERICA

vs.

SAMUEL DAVID ALVARADO, a/k/a "Wham,"
SAM HENRICY, a/k/a "Tukan,"
ALEXANDER HANDEL WEBSTER, Jr., a/k/a "X,"
OMAR VELOZ, Jr., a/k/a "O,"
FIDEL FRAGOSO, a/k/a Fidel F. Ojito,
FABIAN JOSUE VALLEJO, a/k/a "Fabo,"
STEPHEN CARL ALVARENGA, a/k/a "Stevo,"
ARMAND EDWARD ARMSTRONG,
ROBERT BENJAMIN BREWSTER, a/k/a "Benji,"
DEVIER CALVO-BORREGO,
JAMIE NEIL CAPALBO,
NICHOLAS WILLIAM CAPPARELLI, a/k/a "Cap,"
JULIO ANGEL GARCIA, a/k/a "Peanut,"
TAVARIS SHERROD HAYES,
BARON WALDO HENDERSON,
LAVARESS JAYVON HOPKINS,
RONES JEAN PAUL,
WALSON TONY JOSEPH,
JUSTIN PATRICK LANDFRIED,
STEVEN JOSEPH LEAL, a/k/a "Pep,"
ERIC RAMON MACHADO-ORAMA, a/k/a "E,"
VICTORIA LYNN MCGINNIS, a/k/a "Picky Vicky,"
PEDRO NEL MEJIA, Jr., a/k/a "Dro,"
ANDREW CARL MELCHERT,
JOSEPH MICHAUD,
JOSEPH MICHAEL O'CONNOR, a/k/a "Jit,"
NEIL R. PUTERBAUGH, Jr.,
VINCENT RONALD RANALLO, a/k/a "Vinnie,"
TODD JOHN REYNOLDS,
JEAN A. SAINT LOUIS, Jr.,
ADOLFO RICO SANCHEZ, a/k/a "Primo,"
TEDDY ROOSEVELT SIMS, a/k/a "Papa J,"
JACOB LEE SKELLY,
TYRONE ISIAH THOMAS,

**ELIEZET ANDRES VELAZQUEZ, a/k/a "Tete,**
**HERVE FILS VIAUD, a/k/a "V,"**
**DAVID DIEUDONNE VILMONT, a/k/a "Dai Dai," "Zona,"**
**SHERMAN EUGENE WEEKS, Sr., and**
**JAMES ALVIN WRIGHT,**

       **Defendants.**

_____/

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

## COUNT 1

From a date unknown to the Grand Jury, but at least as early as August 1, 2013, continuing to and including February 2015, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendants,

**SAMUEL DAVID ALVARADO, a/k/a "Wham,"**
**SAM HENRICY, a/k/a "Tukan,"**
**ALEXANDER HANDEL WEBSTER, Jr., a/k/a "X,"**
**OMAR VELOZ, Jr., a/k/a "O,"**
**STEPHEN CARL ALVARENGA, a/k/a "Stevo,"**
**ARMAND EDWARD ARMSTRONG,**
**ROBERT BENJAMIN BREWSTER, a/k/a "Benji,"**
**DEVIER CALVO-BORREGO,**
**JAMIE NEIL CAPALBO,**
**NICHOLAS WILLIAM CAPPARELLI, a/k/a "Cap,"**
**JULIO ANGEL GARCIA, a/k/a "Peanut,"**
**TAVARIS SHERROD HAYES,**
**BARON WALDO HENDERSON,**
**LAVARESS JAYVON HOPKINS,**
**RONES JEAN PAUL,**
**WALSON TONY JOSEPH,**
**STEVEN JOSEPH LEAL, a/k/a "Pep,"**
**VICTORIA LYNN MCGINNIS, a/k/a "Picky Vicky,"**
**PEDRO NEL MEJIA, Jr., a/k/a "Dro,"**
**ANDREW CARL MELCHERT,**
**JOSEPH MICHAUD,**
**JOSEPH MICHAEL O'CONNOR, a/k/a "Jit,"**
**NEIL R. PUTERBAUGH, Jr.,**
**VINCENT RONALD RANALLO, a/k/a "Vinnie,"**
**TODD JOHN REYNOLDS,**
**JEAN A. SAINT LOUIS, Jr.,**
**ADOLFO RICO SANCHEZ, a/k/a "Primo,"**

2

**TEDDY ROOSEVELT SIMS, a/k/a "Papa J,"**
**JACOB LEE SKELLY,**
**TYRONE ISIAH THOMAS,**
**ELIEZET ANDRES VELAZQUEZ, a/k/a "Tete,"**
**HERVE FILS VIAUD, a/k/a "V,"**
**DAVID DIEUDONNE VILMONT, a/k/a "Dai Dai," "Zona,"**
**SHERMAN EUGENE WEEKS, Sr., and**
**JAMES ALVIN WRIGHT,**

did knowingly and willfully combine, conspire, confederate and agree with each other, and with other persons known and unknown to the Grand Jury, to distribute and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

With respect to defendants **SAMUEL DAVID ALVARADO, a/k/a "Wham,"** and **SAM HENRICY, a/k/a "Tukan,"** the amount involved in the conspiracy attributable to each defendant as a result of each defendant's own conduct, and the conduct of other conspirators reasonably foreseeable to each defendant, is 280 grams or more of a mixture and substance containing a detectable amount of cocaine base, commonly known as crack cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(A).

With respect to defendants **ALEXANDER HANDEL WEBSTER, a/k/a "X," OMAR VELOZ, Jr., a/k/a "O," STEPHEN CARL ALVARENGA, a/k/a "Stevo," ARMAND EDWARD ARMSTRONG, ROBERT BENJAMIN BREWSTER, a/k/a "Benji," DEVIER CALVO-BORREGO, NICHOLAS WILLIAM CAPPARELLI, a/k/a "Cap," TAVARIS SHERROD HAYES, RONES JEAN PAUL, WALSON TONY JOSEPH, STEVEN JOSEPH LEAL, a/k/a "Pep," VICTORIA LYNN MCGINNIS, a/k/a "Picky Vicky," PEDRO NEL MEJIA, Jr., a/k/a "Dro," JOSEPH MICHAUD, JOSEPH MICHAEL O'CONNOR, a/k/a "Jit," NEIL R. PUTERBAUGH, Jr., VINCENT RONALD RANALLO, a/k/a "Vinnie," TODD JOHN REYNOLDS, JEAN A. SAINT LOUIS, Jr., ADOLFO RICO SANCHEZ, a/k/a "Primo," TEDDY ROOSEVELT SIMS, a/k/a "Papa J," TYRONE ISIAH THOMAS, ELIEZET ANDRES VELAZQUEZ, a/k/a "Tete," HERVE FILS VIAUD, a/k/a "V," DAVID DIEUDONNE VILMONT, a/k/a "Dai Dai," "Zona," SHERMAN EUGENE WEEKS, Sr., and JAMES ALVIN**

WRIGHT, the amount involved in the conspiracy attributable to each defendant as a result of each defendant's own conduct, and the conduct of other conspirators reasonably foreseeable to each defendant is 28 grams or more of a mixture and substance containing a detectable amount of cocaine base, commonly known as crack cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(B).

With respect to defendants **JAMIE NEIL CAPALBO, JULIO ANGEL GARCIA, a/k/a "Peanut," BARON WALDO HENDERSON, LAVARESS JAYVON HOPKINS, ANDREW CARL MELCHERT, and JACOB LEE SKELLY**, the amount involved in the conspiracy attributable to each defendant as a result of each defendant's own conduct, and the conduct of other conspirators reasonably foreseeable to each defendant, is a mixture and substance containing a detectable amount of cocaine base, commonly known as crack cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(C).

### COUNT 2

From a date unknown to the Grand Jury, but at least as early as August 1, 2013, continuing to and including February 2015, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendants,

**SAMUEL DAVID ALVARADO, a/k/a "Wham,"**
**OMAR VELOZ, Jr., a/k/a "O,"**
**JULIO ANGEL GARCIA, a/k/a "Peanut,"**
**JUSTIN PATRICK LANDFRIED, and**
**ERIC RAMON MACHADO-ORAMA, a/k/a "E,"**

did knowingly and willfully combine, conspire, confederate and agree with each other, and with other persons known and unknown to the Grand Jury, to distribute and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

With respect to defendants **SAMUEL DAVID ALVARADO, a/k/a "Wham,"** and **OMAR VELOZ, Jr., a/k/a "O,"** the amount involved in the conspiracy attributable to each of them as a result of each defendant's own conduct, and the conduct of other conspirators reasonably foreseeable to each defendant, is

4

100 grams or more of a mixture and substance containing a detectable amount of heroin, in violation of Title 21, United States Code, Section 841(b)(1)(B).

With respect to defendants **JULIO ANGEL GARCIA, a/k/a "Peanut," JUSTIN PATRICK LANDFRIED, and ERIC RAMON MACHADO-ORAMA, a/k/a "E,"** the amount involved in the conspiracy attributable to each defendant as a result of each defendant's own conduct, and the conduct of other conspirators reasonably foreseeable to each defendant, is a mixture and substance containing a detectable amount of heroin, in violation of Title 21, United States Code, Section 841(b)(1)(C).

<u>**COUNT 3**</u>

From a date unknown to the Grand Jury, but at least as early as August 1, 2013, continuing to and including February 2015, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendants,

**SAMUEL DAVID ALVARADO, a/k/a "Wham,"**
**SAM HENRICY, a/k/a "Tukan,"**
**FIDEL FRAGOSO, a/k/a Fidel F. Ojito,**
**FABIAN JOSUE VALLEJO, a/k/a "Fabo," and**
**JOSEPH MICHAEL O'CONNOR, a/k/a "Jit,"**

did knowingly and willfully combine, conspire, confederate and agree with each other, and with other persons known and unknown to the Grand Jury, to distribute and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

With respect to defendants **SAMUEL DAVID ALVARADO, a/k/a "Wham," SAM HENRICY, a/k/a "Tukan," FIDEL FRAGOSO, a/k/a Fidel F. Ojito, FABIAN JOSUE VALLEJO, a/k/a "Fabo," and JOSEPH MICHAEL O'CONNOR, a/k/a "Jit,"** the amount involved in the conspiracy attributable to each defendant as a result of each defendant's own conduct, and the conduct of other conspirators reasonably foreseeable to each defendant, is 500 grams or more of a mixture and substance containing a detectable amount of cocaine hydrochloride, in violation of Title 21, United States Code, Section 841(b)(1)(B).

5

## COUNT 4

From on or about March 29, 2014, through on or about April 14, 2014, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

### JAMIE NEIL CAPALBO,

having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, in and affecting interstate or foreign commerce, that is, a Glock model 19 9mm semi-automatic pistol.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

## COUNT 5

On or about April 19, 2014, in Palm Beach County, in the Southern District of Florida, the defendant,

### WALSON TONY JOSEPH,

having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, in and affecting interstate or foreign commerce, that is, a Kimber Ultra CDP II .45 caliber pistol.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 6

On or about August 19, 2014, in Palm Beach County, in the Southern District of Florida, the defendant,

### OMAR VELOZ, Jr., a/k/a "O,"

having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms, in and affecting interstate or foreign commerce, that is, a Federal Engineering Corporation Model XC450 .45 caliber rifle, and a Glock Model 21 .45 caliber pistol.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 7

On or about August 19, 2014, in Palm Beach County, in the Southern District of Florida, the defendant,

**OMAR VELOZ, Jr., a/k/a "O,"**

did knowingly and intentionally possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of heroin.

## COUNT 8

On or about August 27, 2014, in Palm Beach County, in the Southern District of Florida, the defendant,

**SAM HENRICY, a/k/a "Tukan,"**

having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition, in and affecting interstate or foreign commerce, that is, a Smith and Wesson Model 442 revolver, and 50 rounds of Winchester .38 caliber ammunition.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 9

On or about August 27, 2014, in Palm Beach County, in the Southern District of Florida, the defendant,

**SAM HENRICY, a/k/a "Tukan,"**

did knowingly and intentionally possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly known as crack cocaine.

## COUNT 10

On or about August 27, 2014, in Palm Beach County, in the Southern District of Florida, the defendant,

**JUSTIN PATRICK LANDFRIED,**

having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, in and affecting interstate or foreign commerce, that is, a Smith and Wesson Model 642 .38 caliber revolver.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 11

On or about August 27, 2014, in Palm Beach County, in the Southern District of Florida, the defendant,

**JUSTIN PATRICK LANDFRIED,**

did knowingly and intentionally possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of heroin.

## COUNT 12

On or about September 23, 2014, in Palm Beach County, in the Southern District of Florida, the defendant,

**BARON WALDO HENDERSON,**

having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms, in and affecting interstate or foreign commerce, that is, a Glock model 27 .40 caliber pistol, a Taurus Millennium PT140 .40 caliber pistol, and a Beretta Model 92FS 9mm pistol.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

8

## COUNT 13

On or about January 2, 2015, in Palm Beach County, in the Southern District of Florida, the defendant,

**JAMES ALVIN WRIGHT,**

having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms and ammunition, in and affecting interstate or foreign commerce, that is, a Volunteer Enterprises Commando Mark III .45 caliber rifle, a Bushmaster AR-15 .223 caliber rifle, a Smith and Wesson Bodyguard .380 caliber pistol, and Blazer .223 caliber ammunition.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 14

On or about January 2, 2015, in Palm Beach County, in the Southern District of Florida, the defendant,

**JAMES ALVIN WRIGHT,**

did knowingly and intentionally possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of heroin.

## CRIMINAL FORFEITURE

a.      The allegations of Counts 1 through 14 of this Superseding Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants have an interest.

b.      Upon conviction of any violation of Title 21, United States Code, Section 841(a)(1) or 846 alleged in this Superseding Indictment, the defendants shall forfeit to the United States all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation, and

any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation, pursuant to Title 21, United States Code, Section 853(a).

       c.      Upon conviction of any violation of Title 18, United States Code, Section 922(g)(1) alleged in this Superseding Indictment, the defendants shall forfeit to the United States any firearm and ammunition involved in or used in the commission of such violation, pursuant to Title 18, United States Code, Section 924(d)(1), as incorporated by Title 18, United States Code, Section 2461(c).

      All pursuant to Title 28, United States Code, Section 2461(c), Title 18, United States Code, Section 924(d)(1), and Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
RINKU TRIBUIANI
ASSISTANT UNITED STATES ATTORNEY

_____
ROBERT WATERS
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

SAMUEL DAVID ALVARADO, et al

_____/
                          **Defendants.**

CASE NO.     14-80227-CR-RYSKAMP/HOPKINS(s)

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)

| | New Defendant(s) | Yes | X | No | ___ |
|---|---|---|---|---|---|
| ___ Miami   __X__ Key West | Number of New Defendants | | 40 | | |
| ___ FTL   __X__ WPB   ___ FTP | Total number of counts | | 12 | | |

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:     (Yes or No)     No
    List language and/or dialect     _____

4.  This case will take     6-10     days for the parties to try.

5.  Please check appropriate category and type of offense listed below:

    (Check only one)

    | | | | (Check only one) | | |
    |---|---|---|---|---|---|
    | I | 0 to 5 days | ___ | Petty | ___ | |
    | II | 6 to 10 days | X | Minor | ___ | |
    | III | 11 to 20 days | ___ | Misdem. | ___ | |
    | IV | 21 to 60 days | ___ | Felony | X | |
    | V | 61 days and over | ___ | | | |

6.  Has this case been previously filed in this District Court?  (Yes or No)     Yes
    If yes:
    Judge:   Kenneth L. Ryskamp               Case No.   14-80227-CR-RYSKAMP/HOPKINS
    (Attach copy of dispositive order)
    Has a complaint been filed in this matter?     (Yes or No)     Yes
    If yes:
    Magistrate Case No.   14-8515-JMH
    Related Miscellaneous numbers: _____
    Defendant(s) in federal custody as of   Capalbo - 12/10/14
    Defendant(s) in state custody as of   Henderson - 09/23/14; Puterbaugh - 08/27/14; Reynolds - 08/18/14; Sanchez - 01/05/15

    Rule 20 from the   _____     District of   _____

    Is this a potential death penalty case? (Yes or No)     No

7.  Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?     ___ Yes   __X__ No

8.  Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?     ___ Yes   __X__ No

RINKU TRIBUIANI
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0150990

*Penalty Sheet(s) attached

REV 4/8/08

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

<u>**PENALTY SHEET**</u>

CASE NO. <u>14-80227-CR-RYSKAMP/HOPKINS(s)</u>

**Defendant's Name:**      **SAMUEL DAVID ALVARADO, a/k/a "Wham"**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|-------|-----------|-----------|--------------|
| 1 | Conspiracy to possess with intent to distribute 280 grams or more of a mixture and substance containing a detectable amount of cocaine base | 21:846 21:841(a)(1) | 10 years - life SR: 5 years up to life $10 million fine $100 special assessment |
| 2 | Conspiracy to possess with intent to distribute 100 grams or more of a mixture and substance containing a detectable amount of heroin | 21:846 21:841(a)(1) | 5 years – 40 years SR: 4 years up to life $5 million fine $100 special assessment |
| 3 | Conspiracy to possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine hydrochloride | 21:846 21:841(a)(1) | 5 years – 40 years SR: 4 years up to life $5 million fine $100 special assessment |

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

**CASE NO. 14-80227-CR-RYSKAMP/HOPKINS(s)**

**Defendant's Name:**     **SAM HENRICY, a/k/a "Tukan"**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|-------|-----------|-----------|--------------|
| 1 | Conspiracy to possess with intent to distribute 280 grams or more of a mixture and substance containing a detectable amount of cocaine base | 21:846 21:841(a)(1) | 10 years - life SR: 5 years up to life $10 million fine $100 special assessment |
| 3 | Conspiracy to possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine hydrochloride | 21:846 21:841(a)(1) | 5 years – 40 years SR: 4 years up to life $5 million fine $100 special assessment |
| 8 | Felon in possession of a firearm | 18:922(g)(1) | 10 years SR: 3 years $250,000 fine $100 special assessment |
| 9 | Possession with intent to distribute a mixture and substance containing a detectable amount of cocaine base | 21:841(a)(1) | 20 years SR: 3 years up to life $1 million $100 special assessment |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

CASE NO. **14-80227-CR-RYSKAMP/HOPKINS(s)**

Defendant's Name:     ALEXANDER HANDEL WEBSTER, a/k/a "X"

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|-------|-----------|-----------|--------------|
| 1 | Conspiracy to possess with intent to distribute 28 grams or more of a mixture and substance containing a detectable amount of cocaine base | 21:846 21:841(a)(1) | 5 years – 40 years SR: 4 years up to life $5 million fine $100 special assessment |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

CASE NO. 14-80227-CR-RYSKAMP/HOPKINS(s)

**Defendant's Name:**    OMAR VELOZ, Jr., a/k/a "O"

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|-------|-----------|-----------|--------------|
| 1 | Conspiracy to possess with intent to distribute 28 grams or more of a mixture and substance containing a detectable amount of cocaine base | 21:846 21:841(a)(1) | 5 years – 40 years SR: 4 years up to life $5 million fine $100 special assessment |
| 2 | Conspiracy to possess with intent to distribute 100 grams or more of a mixture and substance containing a detectable amount of heroin | 21:846 21:841(a)(1) | 5 years – 40 years SR: 4 years up to life $5 million fine $100 special assessment |
| 6 | Felon in possession of a firearm | 18:922(g)(1) | 10 years SR: 3 years $250,000 fine $100 special assessment |
| 7 | Possession with intent to distribute a mixture and substance containing a detectable amount of heroin | 21:841(a)(1) | 20 years SR: 3 years up to life $1 million $100 special assessment |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

CASE NO. **14-80227-CR-RYSKAMP/HOPKINS(s)**

Defendant's Name:     **FIDEL FRAGOSO, a/k/a Fidel F. Ojito**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|-------|-----------|-----------|--------------|
| 3 | Conspiracy to possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine hydrochloride | 21:846 21:841(a)(1) | 5 years – 40 years SR: 4 years up to life $5 million fine $100 special assessment |

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

### CASE NO. 14-80227-CR-RYSKAMP/HOPKINS(s)

**Defendant's Name**:    FABIAN JOSUE VALLEJO, a/k/a "Fabo"

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|-------|-----------|-----------|--------------|
| 3 | Conspiracy to possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine hydrochloride | 21:846 21:841(a)(1) | 5 years – 40 years SR: 4 years up to life $5 million fine $100 special assessment |

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

### CASE NO. 14-80227-CR-RYSKAMP/HOPKINS(s)

**Defendant's Name:**   **STEPHEN CARL ALVARENGA, a/k/a "Stevo"**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|-------|-----------|-----------|--------------|
| 1 | Conspiracy to possess with intent to distribute 28 grams or more of a mixture and substance containing a detectable amount of cocaine base | 21:846 21:841(a)(1) | 5 years – 40 years SR: 4 years up to life $5 million fine $100 special assessment |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

### CASE NO. 14-80227-CR-RYSKAMP/HOPKINS(s)

**Defendant's Name:**     ARMAND EDWARD ARMSTRONG

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|-------|-----------|-----------|--------------|
| 1 | Conspiracy to possess with intent to distribute 28 grams or more of a mixture and substance containing a detectable amount of cocaine base | 21:846 21:841(a)(1) | 5 years – 40 years SR: 4 years up to life $5 million fine $100 special assessment |

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

### CASE NO. 14-80227-CR-RYSKAMP/HOPKINS(s)

**Defendant's Name:**      **ROBERT BENJAMIN BREWSTER, a/k/a "Benji"**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|-------|-----------|-----------|--------------|
| 1 | Conspiracy to possess with intent to distribute 28 grams or more of a mixture and substance containing a detectable amount of cocaine base | 21:846 21:841(a)(1) | 5 years – 40 years SR: 4 years up to life $5 million fine $100 special assessment |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

CASE NO. **14-80227-CR-RYSKAMP/HOPKINS(s)**

**Defendant's Name**:     **DEVIER CALVO-BORREGO**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|-------|-----------|-----------|--------------|
| 1 | Conspiracy to possess with intent to distribute 28 grams or more of a mixture and substance containing a detectable amount of cocaine base | 21:846<br>21:841(a)(1) | 5 years – 40 years<br>SR: 4 years up to life<br>$5 million fine<br>$100 special assessment |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

CASE NO. 14-80227-CR-RYSKAMP/HOPKINS(s)

**Defendant's Name**:      JAMIE NEIL CAPALBO

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|-------|-----------|-----------|--------------|
| 1 | Conspiracy to possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base | 21:846 21:841(a)(1) | 20 years SR: 3 years up to life $1 million fine $100 special assessment |
| 4 | Felon in possession of a firearm (Armed Career Criminal) | 18:922(g)(1) 18:924(e) | 15 years - life SR: 5 years $250,000 fine $100 special assessment |

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

### CASE NO. 14-80227-CR-RYSKAMP/HOPKINS(s)

**Defendant's Name:**   **NICHOLAS WILLIAM CAPPARELLI, a/k/a "Cap"**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|-------|-----------|-----------|--------------|
| 1 | Conspiracy to possess with intent to distribute 28 grams or more of a mixture and substance containing a detectable amount of cocaine base | 21:846<br>21:841(a)(1) | 5 years – 40 years<br>SR: 4 years up to life<br>$5 million fine<br>$100 special assessment |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

CASE NO. <u>14-80227-CR-RYSKAMP/HOPKINS(s)</u>

**Defendant's Name**:     **JULIO ANGEL GARCIA, a/k/a "Peanut"**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|-------|-----------|-----------|--------------|
| 1 | Conspiracy to possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base | 21:846 21:841(a)(1) | 20 years SR: 3 years up to life $1 million fine $100 special assessment |
| 2 | Conspiracy to possess with intent to distribute a mixture and substance containing a detectable amount of heroin | 21:846 21:841(a)(1) | 20 years SR: 3 years up to life $1 million fine $100 special assessment |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

CASE NO. **14-80227-CR-RYSKAMP/HOPKINS(s)**

**Defendant's Name:**   **TAVARIS SHERROD HAYES**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|-------|-----------|-----------|--------------|
| 1 | Conspiracy to possess with intent to distribute 28 grams or more of a mixture and substance containing a detectable amount of cocaine base | 21:846 21:841(a)(1) | 5 years – 40 years SR: 4 years up to life $5 million fine $100 special assessment |

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

### CASE NO. 14-80227-CR-RYSKAMP/HOPKINS(s)

**Defendant's Name:**   **BARON WALDO HENDERSON**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Conspiracy to possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base | 21:846 21:841(a)(1) | 20 years SR: 3 years up to life $1 million fine $100 special assessment |
| 12 | Felon in possession of a firearm (Armed Career Criminal) | 18:922(g)(1) 18:924(e) | 15 years - life SR: 5 years $250,000 fine $100 special assessment |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

CASE NO. **14-80227-CR-RYSKAMP/HOPKINS(s)**

Defendant's Name:   **LAVARESS JAYVON HOPKINS**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|-------|-----------|-----------|--------------|
| 1 | Conspiracy to possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base | 21:846<br>21:841(a)(1) | 20 years<br>SR: 3 years up to life<br>$1 million fine<br>$100 special assessment |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

CASE NO. **14-80227-CR-RYSKAMP/HOPKINS(s)**

**Defendant's Name:**    **RONES JEAN PAUL**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|-------|-----------|-----------|--------------|
| 1 | Conspiracy to possess with intent to distribute 28 grams or more of a mixture and substance containing a detectable amount of cocaine base | 21:846 21:841(a)(1) | 5 years – 40 years SR: 4 years up to life $5 million fine $100 special assessment |

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

### CASE NO. 14-80227-CR-RYSKAMP/HOPKINS(s)

**Defendant's Name:**    **WALSON TONY JOSEPH**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|-------|-----------|-----------|--------------|
| 1 | Conspiracy to possess with intent to distribute 28 grams or more of a mixture and substance containing a detectable amount of cocaine base | 21:846 21:841(a)(1) | 5 years – 40 years SR: 4 years up to life $5 million fine $100 special assessment |
| 5 | Felon in possession of a firearm | 18:922(g)(1) | 10 years SR: 3 years $250,000 fine $100 special assessment |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

CASE NO. 14-80227-CR-RYSKAMP/HOPKINS(s)

**Defendant's Name:**   **JUSTIN PATRICK LANDFRIED**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|-------|-----------|-----------|--------------|
| 2 | Conspiracy to possess with intent to distribute a mixture and substance containing a detectable amount of heroin | 21:846 21:841(a)(1) | 20 years SR: 3 years up to life $1 million fine $100 special assessment |
| 10 | Felon in possession of a firearm | 18:922(g)(1) | 10 years SR: 3 years $250,000 fine $100 special assessment |
| 11 | Possession with intent to distribute a mixture and substance containing a detectable amount of heroin | 21:841(a)(1) | 20 years SR: 3 years up to life $1 million $100 special assessment |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

### CASE NO. 14-80227-CR-RYSKAMP/HOPKINS(s)

**Defendant's Name:**    STEVEN JOSPEH LEAL, a/k/a "Pep"

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|-------|-----------|-----------|--------------|
| 1 | Conspiracy to possess with intent to distribute 28 grams or more of a mixture and substance containing a detectable amount of cocaine base | 21:846 21:841(a)(1) | 5 years – 40 years SR: 4 years up to life $5 million fine $100 special assessment |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

### CASE NO. 14-80227-CR-RYSKAMP/HOPKINS(s)

**Defendant's Name:**      ERIC RAMON MACHADO-ORAMA, a/k/a "E"

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|-------|-----------|-----------|--------------|
| 2 | Conspiracy to possess with intent to distribute a mixture and substance containing a detectable amount of heroin | 21:846 21:841(a)(1) | 20 years SR: 3 years up to life $1 million fine $100 special assessment |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

CASE NO. 14-80227-CR-RYSKAMP/HOPKINS(s)

Defendant's Name:      VICTORIA LYNN MCGINNIS, a/k/a "Picky Vicky"

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|-------|-----------|-----------|--------------|
| 1 | Conspiracy to possess with intent to distribute 28 grams or more of a mixture and substance containing a detectable amount of cocaine base | 21:846 21:841(a)(1) | 5 years – 40 years SR: 4 years up to life $5 million fine $100 special assessment |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

**CASE NO. 14-80227-CR-RYSKAMP/HOPKINS(s)**

**Defendant's Name:**       **PEDRO NEL MEJIA, Jr., a/k/a "Dro"**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|-------|-----------|-----------|--------------|
| 1 | Conspiracy to possess with intent to distribute 28 grams or more of a mixture and substance containing a detectable amount of cocaine base | 21:846 21:841(a)(1) | 5 years - 40 years SR: 4 years up to life $5 million fine $100 special assessment |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

CASE NO. 14-80227-CR-RYSKAMP/HOPKINS(s)

Defendant's Name:     ANDREW CARL MELCHERT

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|-------|-----------|-----------|--------------|
| 1 | Conspiracy to possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base | 21:846 21:841(a)(1) | 20 years SR: 3 years up to life $1 million fine $100 special assessment |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

CASE NO. 14-80227-CR-RYSKAMP/HOPKINS(s)

Defendant's Name:   **JOSEPH MICHAUD**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|-------|-----------|-----------|--------------|
| 1 | Conspiracy to possess with intent to distribute 28 grams or more of a mixture and substance containing a detectable amount of cocaine base | 21:846<br>21:841(a)(1) | 5 years – 40 years<br>SR: 4 years up to life<br>$5 million fine<br>$100 special assessment |

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

### CASE NO. 14-80227-CR-RYSKAMP/HOPKINS(s)

**Defendant's Name:**     JOSEPH MICHAEL O'CONNOR, a/k/a "Jit"

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|-------|-----------|-----------|--------------|
| 1 | Conspiracy to possess with intent to distribute 28 grams or more of a mixture and substance containing a detectable amount of cocaine base | 21:846 21:841(a)(1) | 5 years – 40 years SR: 4 years up to life $5 million fine $100 special assessment |
| 3 | Conspiracy to possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine hydrochloride | 21:846 21:841(a)(1) | 5 years – 40 years SR: 4 years up to life $5 million fine $100 special assessment |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

### CASE NO. 14-80227-CR-RYSKAMP/HOPKINS(s)

**Defendant's Name:**     **NEIL R. PUTERBAUGH, Jr.**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|-------|-----------|-----------|--------------|
| 1 | Conspiracy to possess with intent to distribute 28 grams or more of a mixture and substance containing a detectable amount of cocaine base | 21:846 21:841(a)(1) | 5 years – 40 years SR: 4 years up to life $5 million fine $100 special assessment |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

CASE NO. 14-80227-CR-RYSKAMP/HOPKINS(s)

**Defendant's Name:**     VINCENT RONALD RANALLO, a/k/a "Vinnie"

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|-------|-----------|-----------|--------------|
| 1 | Conspiracy to possess with intent to distribute 28 grams or more of a mixture and substance containing a detectable amount of cocaine base | 21:846 21:841(a)(1) | 5 years – 40 years SR: 4 years up to life $5 million fine $100 special assessment |

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

### CASE NO. 14-80227-CR-RYSKAMP/HOPKINS(s)

**Defendant's Name:**    **TODD JOHN REYNOLDS**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|-------|-----------|-----------|--------------|
| 1 | Conspiracy to possess with intent to distribute 28 grams or more of a mixture and substance containing a detectable amount of cocaine base | 21:846<br>21:841(a)(1) | 5 years – 40 years<br>SR: 4 years up to life<br>$5 million fine<br>$100 special assessment |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

CASE NO. **14-80227-CR-RYSKAMP/HOPKINS(s)**

Defendant's Name:     **JEAN A. SAINT LOUIS, Jr.**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|-------|-----------|-----------|--------------|
| 1 | Conspiracy to possess with intent to distribute 28 grams or more of a mixture and substance containing a detectable amount of cocaine base | 21:846 21:841(a)(1) | 5 years – 40 years SR: 4 years up to life $5 million fine $100 special assessment |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

### CASE NO. 14-80227-CR-RYSKAMP/HOPKINS(s)

**Defendant's Name**:     ADOLFO RICO SANCHEZ, a/k/a "Primo"

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|-------|-----------|-----------|--------------|
| 1 | Conspiracy to possess with intent to distribute 28 grams or more of a mixture and substance containing a detectable amount of cocaine base | 21:846 21:841(a)(1) | 5 years – 40 years SR: 4 years up to life $5 million fine $100 special assessment |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

**CASE NO. 14-80227-CR-RYSKAMP/HOPKINS(s)**

**Defendant's Name:**      **TEDDY ROOSEVELT SIMS, a/k/a "Papa J"**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|-------|-----------|-----------|--------------|
| 1 | Conspiracy to possess with intent to distribute 28 grams or more of a mixture and substance containing a detectable amount of cocaine base | 21:846 21:841(a)(1) | 5 years – 40 years SR: 4 years up to life $5 million fine $100 special assessment |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

### CASE NO. 14-80227-CR-RYSKAMP/HOPKINS(s)

**Defendant's Name:**     JACOB LEE SKELLY

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|-------|-----------|-----------|--------------|
| 1 | Conspiracy to possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base | 21:846 21:841(a)(1) | 20 years SR: 3 years up to life $1 million fine $100 special assessment |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

### CASE NO. 14-80227-CR-RYSKAMP/HOPKINS(s)

**Defendant's Name:**   **TYRONE ISIAH THOMAS**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|-------|-----------|-----------|--------------|
| 1 | Conspiracy to possess with intent to distribute 28 grams or more of a mixture and substance containing a detectable amount of cocaine base | 21:846 21:841(a)(1) | 5 years – 40 years SR: 4 years up to life $5 million fine $100 special assessment |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

CASE NO. 14-80227-CR-RYSKAMP/HOPKINS(s)

Defendant's Name:  **ELIEZET ANDRES VELAZQUEZ, a/k/a "Tete"**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|-------|-----------|-----------|--------------|
| 1 | Conspiracy to possess with intent to distribute 28 grams or more of a mixture and substance containing a detectable amount of cocaine base | 21:846 21:841(a)(1) | 5 years – 40 years SR: 4 years up to life $5 million fine $100 special assessment |

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

### CASE NO. 14-80227-CR-RYSKAMP/HOPKINS(s)

**Defendant's Name:**      **HERVE FILS VIAUD, a/k/a "V"**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Conspiracy to possess with intent to distribute 28 grams or more of a mixture and substance containing a detectable amount of cocaine base | 21:846 21:841(a)(1) | 5 years – 40 years SR: 4 years up to life $5 million fine $100 special assessment |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

CASE NO. 14-80227-CR-RYSKAMP/HOPKINS(s)

**Defendant's Name:**      DAVID DIEUDONNE VILMONT a/k/a "Dai Dai," "Zona"

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Conspiracy to possess with intent to distribute 28 grams or more of a mixture and substance containing a detectable amount of cocaine base | 21:846 21:841(a)(1) | 5 years – 40 years SR: 4 years up to life $5 million fine $100 special assessment |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

## PENALTY SHEET

### CASE NO. 14-80227-CR-RYSKAMP/HOPKINS(s)

**Defendant's Name:**     SHERMAN EUGENE WEEKS, Sr.

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|-------|-----------|-----------|--------------|
| 1 | Conspiracy to possess with intent to distribute 28 grams or more of a mixture and substance containing a detectable amount of cocaine base | 21:846 21:841(a)(1) | 5 years – 40 years SR: 4 years up to life $5 million fine $100 special assessment |

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

### CASE NO. 14-80227-CR-RYSKAMP/HOPKINS(s)

**Defendant's Name:**   **JAMES ALVIN WRIGHT**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Conspiracy to possess with intent to distribute 28 grams or more of a mixture and substance containing a detectable amount of cocaine base | 21:846 21:841(a)(1) | 5 years – 40 years SR: 4 years up to life $5 million fine $100 special assessment |
| 13 | Felon in possession of a firearm | 18:922(g)(1) | 10 years SR: 3 years $250,000 fine $100 special assessment |
| 14 | Possession with intent to distribute a mixture and substance containing a detectable amount of heroin | 21:841(a)(1) | 20 years SR: 3 years up to life $1 million fine $100 special assessment |