**U.S. Department of Justice**
*United States Attorneys*

FILED by _____
FEB 10 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

# United States District Court
# for the Southern District of Florida

NO. 14-80227-CR-RYSKAMP/HOPKINS(s)

**UNITED STATES OF AMERICA**

v.

Adolfo Rico Sanchez /

Inmate Name: Adolfo Rico Sanchez

Inmate #: Booking # 2015000389

### PETITION WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America, by its United States Attorney, shows to the Court:

1. A Initial Appearance is pending in this Court against Adolfo Rico Sanchez the above styled case, and it is set for as to the defendant on February 19, 2015 at United States District Court, 701 Clematis Street, West Palm Beach, FL

2. The defendant is now confined in the Palm Beach County Jail at West Palm Beach, FL

3. It is necessary to have the defendant before this Court for a Initial Appearance as aforesaid.

WHEREFORE, this petitioner prays that this Honorable Court issue a writ of habeas corpus ad prosequendum, directing any United States Marshal to proceed to the aforesaid penal institution and there take into custody the body of the defendant and have the defendant before this Court at the time and place above specified for said Initial Appearance and upon completion of all proceedings to return the defendant to the custody of the Warden of the aforesaid penal institution; and also directing the Warden to deliver the defendant into the custody of any United States Marshal for this purpose.

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: *[signature]*
RINKU TRIBUIANI
ASSISTANT UNITED STATES ATTORNEY

cc: U.S. Attorney (AUSA Rinku Tribuiani )