# CRIMINAL COURT MINUTES

Page: 1

## U.S. Magistrate Judge William Matthewman

Courtroom Number # 2      Date: 2/19/2015      Time: 2:00 pm

Defendant: ADOLFO RICO SANCHEZ (J)   J#: ___   Case #: 14-80227-CR-Ryskamp/Hopkins (s)
AUSA: RINKU TRIBUIANI, ROBERT WATERS      Attorney: ___
Violation: 21: 846, 841(a)(1)      Agent: ___
Proceeding: INITIAL APPEARANCE      CJA Appt: ___
Bond/PTD Held: ○ Yes   ○ No      Recommended Bond: Govt. requests PTD
Bond Set at: ___      Co-signed by: ___

- [ ] All standard conditions
- [ ] Surrender and/or do not obtain passport/travel docs
- [ ] Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- [ ] Random urine testing by Pretrial Services and/or treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ___ p.m. to ___ a.m., paid by ___
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [ ] Travel extended to: ___
- [ ] Other: ___

FILED by ___ D.C.
FEB 19 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

Language: ENGLISH

Disposition:
DEFENDANT ADVISED OF RIGHTS
DEFENDANT SWORN, ADVISED
OF CHARGES + POSSIBLE MAXIMUM
PENALTIES
THE COURT QUESTIONS THE
DEFENDANT, FINDS HIM
INDIGENT - APPOINTS
ALLEN KAUFMAN AS CJA
COUNSEL
THE GOVERNMENT REQUESTS
PRETRIAL DETENTION
HEARINGS SET

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:
Report RE Counsel: ___
PTD/Bond Hearing: 2/26/2015 10AM DUTY MJ WPB
~~Prelim~~/Arraign ~~or Removal~~: ___
Status Conference RE: ___
D.A.R. 14:05:58 / 14:26:45      Time in Court: 2:05-2:09 PM
Courtroom Deputy: Kenneth J. Zuniga      2:26-2:31 PM
(9 MINS)