UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-80227-CR-RYSKAMP

UNITED STATES OF AMERICA,

Plaintiff,

vs

Sam Henricy (2), DE 477
Alexander Handel Webster (3), DE 431
Omar Veloz (4), DE 481
Stephen Carl Alvarenga (7), DE 448
Jamie Neil Capalbo (11), DE 487
Julio Angel Garcia, (13), DE 479
Tavaris Sherrod Hayes, (14), DE 468
Baron Waldo Henderson (15), DE 435
Lavaress Jayvon Hopkins (16), DE 460
Rones Jean Paul (17), DE 459
Walson Tony Joseph (18), DE 485
Justin Patrick Landfried (19), DE 456
Eric Ramon Machado_Orama (21), DE 454
Pedro Nel Mejia, Jr. (23), DE 447
Andrew Carl Melchert (24), DE 433
Neil R. Puterbaugh, Jr. (27), DE 444
Vincent Ronald Ranallo, (28), DE 469
Todd John Reynolds, (29), DE 488
Jean A. St. Louis, Jr. (30), DE 493
Alfredo Rico Sanchez (31), DE 494
Teddy Roosevelt Sims (32), DE 470
Jacob Lee Skelly (33), DE 442
Eliezet Andres Velazquez (35), DE 491
David Dieudonne Vilmont (37), DE 443
Sherman Eugene Weeks (38), DE 500
James Alvin Wright (39), DE 451

Defendants.
_____/

## ORDER GRANTING MOTIONS TO CONTINUE TRIAL

**THIS CAUSE** came before the Court upon the Defendant's Motions to Continue Trial DEs 431, 433, 435, 442, 443, 444, 447, 448, 451, 454, 456, 459, 460, 468, 469, 470, 477, 479, 481, 485, 487, 488, 491, 493, 494 & 500. After consideration of the record, the motion for continuance and the Court's schedule, it is

**ORDERED and ADJUDGED** that the parties' Motions to Continue Trial in this cause are **GRANTED,** DEs 431, 433, 435, 442, 443, 444, 447, 448, 451, 454, 456, 459, 460, 468, 469, 470, 477, 479, 481, 485, 487, 488, 491, 493, 494 & 500.

The trial presently scheduled for April 6, 2015, is hereby reset for the two-week trial calendar beginning **November 16, 2015 at 9:00 a.m.,** in West Palm Beach, Florida. Calendar Call is set for **November 11, 2015 at 1:15 p.m.** in West Palm Beach, Florida.

**THE COURT FURTHER FINDS** that the period of delay resulting from the granting of this continuance, to and including the date the trial commences, shall be deemed excludable time in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.* Furthermore, the ends of justice served by taking such action outweigh the best interest of the public and the Defendants with regard to a

speedy trial pursuant to 18 U.S.C. § 3161 because the failure to grant the

continuance will prevent the Defendants from receiving an effective defense.


**DONE and ORDERED** in chambers, in West Palm Beach, Florida on this 6th day of April, 2015.

                                       KENNETH L. RYSKAMP
                                   UNITED STATES DISTRICT JUDGE


Copies furnished to:
    All counsel of record