UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-80227-CR-RYSKAMP/HOPKINS

UNITED STATES OF AMERICA,

       Plaintiff,

-vs-

JULIO ANGEL GARCIA,

       Defendant.
_____/

## POSITION OF DEFENDANT ON APPLICATION OF SENTENCING GUIDELINES

Defendant, **JULIO ANGEL GARCIA**, through counsel, respectfully requests this Court consider his position on the Application of the Federal Sentencing Guidelines.

1. On page 83, paragraph 493, of the Pre-Sentence Investigation Report (hereinafter "PSI"), it is recommended that based upon a total Offense Level of 15, and a Criminal History Category V, the Advisory Guideline Range is 37-46 months. GARCIA concurs in this recommendation.

2. On page 85, paragraph 503, of the PSI, it is noted that the Plea Agreement entered between GARCIA and the Government stipulates to a sentence at the high end of the 51-63-month Advisory Guideline Range. GARCIA agreed

to that sentence based upon the representation that that would be the Advisory Guideline Range applicable to his case. GARCIA was not agreeing to an upward variance, but the high end of what he understood was the Applicable Guideline Range. Consequently, GARCIA would request that the Court consider imposing a sentence of 46 months.

    3. On page 66, paragraph 411, of the PSI, GARCIA is described as a Latin King and Sur-13 associate. Except for his association through criminal activity described in the Indictment in this case with Samuel Alvarado, the leader and organizer of the conspiracy, there is no evidence of any association with either gang. GARCIA met Alvarado in jail in 2014, and, after his release, agreed to buy and sell cocaine and heroin with him for several months thereafter. According to the PSI, there are a number of other Co-defendants who are either members or associates with the Latin Kings and/or Sur-13 gangs. GARCIA did not know any of them. The only Co-defendant in this case GARCIA knew before his arrest was Alvarado. GARCIA has tattoos, but none that would represent any gang association. If the Court believes that GARCIA's association with Alvarado, who was allegedly a leader of the Latin Kings Palm Beach Tribe, and a member of the Florida Crown Council, was the extent of his association with the Latin Kings, then GARCIA would request that paragraph 411 be modified for accuracy. If

there exists evidence of association with the Latin Kings outside of this conspiracy, then the Government should be obligated to produce it.  Any reference to Sur-13 should be stricken as irrelevant to the case before the Court.  GARCIA is concerned that associating him with a gang could adversely impact his custody status with the Bureau of Prisons.

THEREFORE, Defendant presents his position on the Application of the Federal Sentencing Guidelines to his case.

I HEREBY CERTIFY that on July 15, 2015, the foregoing document has been electronically filed with the Clerk of the Court using CM/EMF.

        Respectfully submitted,

        /s/Charles G. White, Esq.
        CHARLES G. WHITE, P.A.
        Counsel for Defendant
        1031 Ives Dairy Road, Suite 228
        Miami, FL 33179
        Tel: (305) 914-0160
        Fax: (305) 914-0166
        E-mail: cgwhitelaw@aim.com
        Florida Bar No. 334170